UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Lopez Perez,

                        Plaintiffs,

        -against-

Prince, et al..,

                    Defendant.

-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 4/22/2026 __

**ORDER RE STATUS CONFERENCE**

*7:26- cv-1529 KMK-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **June 23, 2026 at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties

should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:     White Plains, New York
            April 22, 2026

                               _____
                               VICTORIA REZNIK
                               United States Magistrate Judge