Dickie McCamey
ATTORNEYS AT LAW

Derek M. Brondou
Attorney at Law
Admitted in NY, WV & OH

716-815-4200
Fax: 888-811-7144
dbrondou@dmclaw.com

September 30, 2026

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York

RE: *Ricardo Albert Lopez Perez v. Prince and Seafood Express Ltd., d/b/a SFX Transport*
*Case No.: 7:26-cv-01529*

Dear Judge Karas:

The parties respectfully submit this letter motion to both advise the Court of the status of discovery in this matter and due to unanticipated circumstances, to make a further application to extend the discovery deadline, as will be explained below.

The current Court Order requires that all fact discovery, including the deposition of our client, Prince, to be completed by November 13, 2026. As the Court may recall, the reason for our prior request to extend discovery dates was due to our inability to locate Prince, the operator of our vehicle. To that end, we exercised due diligence and retained the services of an investigator to track down Prince in Canada. I'm glad to report that we have finally located him and we would be able to complete his deposition by the November 13, 2026, deadline.

However, since this Court's prior Order graciously granting the parties an extension of time to complete discovery until November 13, 2026, our clients have recently been named as defendants in a Westchester County Supreme Court action, *Lionel Reyes v. Prince and Seafood Express (P.E.I.) Limited, d/b/a SFX Transport*, Index No. 59536/2026 arising out of the same accident in the instant Federal Court action. Notably, Lionel Reyes was the passenger in the vehicle being driven by the plaintiff in the instant action, Ricardo Albert Lopez Perez, yet did not name Mr. Perez as a defendant in the State Court action thereby keeping diversity of the parties intact. It is our intention to remove and consolidate the State Court action with the instant Federal Court action which would essentially be adding one additional party to the proceeding, Lionel Reyes. By consolidating the two actions counsel for Lionel Reyes will have an opportunity to participate in the deposition of our client, Prince, thereby extinguishing the need to produce our client twice. Given the difficulty we had in locating Prince it would be prudent to only have to produce him once.

Notwithstanding the above exceptional circumstances, not anticipated by the parties to the instant matter, should the State Court action and the instant case be consolidated, the November 13, 2026, deadline for discovery is unlikely attainable. Counsel for Lionel Reyes will surely need additional time to complete any paper discovery he may need in order to be in a position to mediate this matter with all parties involved, which is the current contemplation of the parties.

Therefore, based upon the foregoing circumstances the parties would respectfully request a further extension of time to remove and consolidate the State Court action and complete discovery, including the

deposition of Lionel Reyes, to a date to be determined by the Court; or in the alternative, schedule a conference for the parties to be heard to address the consolidation of the two actions.

I have conferred with Richard Levy, counsel for Lopez Perez, who understands that the unanticipated new State Court action, if consolidated, may extend the proceedings in this action, and as such has no objection to this request. Mr. Levy has co-signed this letter to Your Honor below. One prior application to extend fact discovery was requested and granted, however due to the unforeseen circumstances of my client being named in an action arising out of the same accident, we are now making this additional application.

We thank the Court for its consideration.

Respectfully Submitted,

**DICKIE ,McCAMEY & CHILCOTE, P.C.**

/s /Derek M. Brondou
Derek M. Brondou, Esq.
*Attorneys for Defendants*
*Prince and Seafood Express Ltd.*
1083 Delaware Avenue, Second Floor
Buffalo, New York 14209
(716) 815-4200

Dated: 9/30/26

**RUBENSTEIN & RYNECKI, ESQS.**

/s/ Richard M. Levy
Richard M. Levy, Esq.
*Attorneys for Plaintiff*
*Ricardo Albert Lopez Perez*
26 Court Street, Suite 1200
Brooklyn, New York 11242

Dated: 9/30/26

The Parties are to advise the Court on the progress of the removal of the state court action and when they intend to move to consolidate the two actions in a letter no later than 11/1/26.

So Ordered

10/1/26