Dickie McCamey
ATTORNEYS AT LAW

Derek M. Brondou
Attorney at Law
Admitted in NY, OH, WV

716-815-4200
Fax: 888-811-7144
dbrondou@dmclaw.com

October 28, 2026

**Hon. Kenneth M. Karas**
United States District Judge
United States District Court
Southern District of New York

RE: Ricardo Albert Lopez Perez v. Prince and Seafood Express Ltd., d/b/a SFX Transport
Case No. 7:26-cv-01529

Related Case:

Lionel Reyes v. Prince and Seafood Express Ltd., d/b/a SFX Transport
Case No. 1:26-cv-09087

Dear Judge Karas:

Defendants Prince and Seafood Express Ltd., d/b/a SFX Transport, respectfully submit this letter motion pursuant to the Court's October 1, 2026 Order to advise the Court that the related state court action has been removed and that Defendants intend to seek consolidation of the case of Ricardo Albert Lopez Perez v. Prince and Seafood Express Ltd., d/b/a SFX Transport, Case No. 7:26-cv-01529, with Lionel Reyes v. Prince and Seafood Express Ltd., d/b/a SFX Transport, Case No. 1:26-cv-09087, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

The Court has already determined that the actions are related and reassigned the later-filed action to this Court. Both actions arise from the same underlying occurrence, involve overlapping parties, witnesses, and documentary evidence, and present common questions of law and fact. Accordingly, consolidation is appropriate under Rule 42(a) and will promote judicial economy, avoid inconsistent rulings, and eliminate duplicative discovery and motion practice.

Both actions remain in their early stages. Defendants filed an Answer in the Lionel Reyes action on October 27, 2026, and consolidation would not prejudice any party. The requested relief would streamline the proceedings by allowing the matters to proceed under a unified case management structure, including a single discovery schedule and coordinated motion practice.

Accordingly, Defendants respectfully request that the Court schedule a pre-motion conference regarding Defendants' anticipated motion to consolidate the actions or, alternatively, consolidate the actions and set such deadlines as the Court deems appropriate for the coordinated management of both cases.

We thank the Court for its consideration.

Respectfully submitted,

Plaintiff is to indicate if there is any objection to consolidating the related cases, as discussed herein, in a letter by 11/2/26.

So Ordered.

10/28/26

**Dickie, McCamey & Chilcote, P.C**

Derek M. Brondou, Esq.
Gerald S. Good *(Pro Hac Vice pending)*
*Attorney for Defendants*
PRINCE and SEAFOOD EXPRESS LIMITED
d/b/a SFX TRANSPORT
1083 Delaware Avenue, 2nd Floor
Buffalo, New York 14072
(716) 815-4201
DBrondou@dmclaw.com

cc: Clay Martin Evall, Esq.
*Attorney for Plaintiff*
*Lionel Reyes*
150 Broadway 22nd Floor,
New York, New York 10038
clayevall@gmail.com

Richard M. Levy, Esq.
*Attorney for Plaintiff*
*Ricardo Albert Lopez Perez*
26 Court Street, Suite 1200
Brooklyn, New York 11242
rlevyrrlaw@gmail.com